

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY EMAIL**

March 21, 2023

The Honorable Sarah Netburn
United States Magistrate Judge
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Irina Dilkinska*
             **Docket No. S14 17 Cr. 630 (ER)**

Dear Judge Netburn:

    On or about September 24, 2020, the above-captioned sealed Superseding Indictment was filed against defendant Irina Dilkinska, and an arrest warrant was placed under seal. The Government has determined that the Superseding Indictment can be unsealed, and respectfully requests that the Court order its unsealing.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                         By:*/s/ Kevin Mead*
                                      Kevin Mead / Nicholas Folly / Juliana N. Murray
                                      Assistant United States Attorneys
                                      (212) 637-2211

**SO ORDERED:**

_____
HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK