UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

           - against-

IRINA DILKINSKA,

           Defendant.
-------------------------------------------------x

**NOTICE OF HEARING**

17 Cr. 630-7 (ER)

An initial pretrial conference will be held on **April 6, 2023 at 11:30 a.m.** before the Hon. Edgardo Ramos, U.S.D.J., at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, Courtroom 619.

Dated:  New York, New York
        April  3, 2023

                                                     s/ Jazmin Rivera
                                              Jazmin Rivera, Courtroom Deputy