N46GdilC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

          v.                          17 Cr. 630 (ER)

IRINA DILKINSKA,

                                   Conference
              Defendant.

------------------------------x

                                   New York, N.Y.
                                   April 6, 2023
                                   11:30 a.m.

Before:

                      HON. EDGARDO RAMOS,

                                   District Judge

                      APPEARANCES

DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York
KEVIN MEAD
JULIANA MURRAY
    Assistant United States Attorney

RACHEL PERILLO
    Attorney for Defendant

Also Present:  Ronald Shimko, FBI Special Agent

N46GdilC

1              (Case called)

2              THE DEPUTY CLERK:  Counsel, please state your name for

3     the record.

4              MR. MEAD:  Good morning, your Honor.  AUSAs Kevin Mead

5     and Juliana Murray appearing for the government, joined at

6     counsel table by FBI Special Agent Ron Shimko.

7              MS. PERILLO:  Good morning, your Honor.  Rachel

8     Perillo, I'm standing in for Jeremy Schneider, who is out of

9     town for Passover.

10             THE COURT:  Good morning to you all.

11             Mr. Mead, has Ms. Dilkinska been arraigned on the

12    indictment?

13             MR. MEAD:  She has, your Honor.

14             THE COURT:  No one has to stand, by the way, you can

15    remain seated.

16             Has a rule 5(f) ordered been entered?

17             MR. MEAD:  I believe so, but just give me one minute.

18             Yes, a rule 5(f) order was entered, your Honor.

19             THE COURT:  So tell me, if you would, how

20    Ms. Dilkinska came to be here, what the nature of the charges

21    are and what the discovery is and when it will be turned over.

22             MR. MEAD:  Yes, your Honor.

23             She was extradited from Bulgaria.  There was a long

24    extradition process.  She arrived in the United States, I

25    think, a week or two ago, immediately before her presentment

N46GdilC

1    and arraignment in magistrate court.  She's currently detained.

2           She's been charged in the indictment.  Count One

3    charges her with conspiracy to commit wire fraud; Count Two

4    with conspiracy to commit money laundering.  Both charges arise

5    out of her role in the OneCoin conspiracy, which was a fake

6    cryptocurrency sold in a multi-level marketing scheme.

7    Ms. Dilkinska had a high level role at the company in Bulgaria.

8    The company was headquartered in Bulgaria, and she was their

9    head of legal and compliance.

10          The discovery in this case is very, very voluminous.

11   Fortunately, it virtually all has been produced to other

12   defendants, so it's largely a process of getting it all

13   together and getting it on a hard drive to the defense.

14          We have spoken with the defense.  We would propose

15   coming back in approximately 90 days.  And the defense

16   specifically requested a couple of dates; July 11, 12 or 13.

17   So we propose coming back in 90 days, discussing a motion

18   schedule at that time.  In the meantime, we would, of course,

19   produce discovery to the defendant promptly.  We would ask for

20   45 days for discovery.  We are hoping to get it completed

21   substantially before then, though.

22          THE COURT:  I take it that at least some amount of

23   discovery -- perhaps a good amount of discovery -- was

24   submitted in connection with the extradition request.

25          MR. MEAD:  I don't think a huge amount of it, your

N46GdilC

1    Honor.  My recollection is it would have mainly been an

2    affidavit with a relatively limited set of facts connected to

3    it.

4              THE COURT:  You indicated it was a lengthy extradition

5    process.  Was Ms. Dilkinska remanded during that time?

6              MR. MEAD:  Just one second, your Honor.

7              (Conferring)

8              MR. MEAD:  Yes, your Honor.  She was remanded while in

9    Bulgaria while extradition was pending.

10             THE COURT:  And you have still not gotten the defense

11   the discovery; correct?

12             MR. MEAD:  That's correct, your Honor.

13             She's only been here for a relatively short period of

14   time in the United States.  I think the protective order was

15   entered yesterday or the day before.

16             THE COURT:  Do you know whether the company is still

17   open and operating in Bulgaria?

18             MR. MEAD:  Our understanding is it is likely not still

19   operating in Bulgaria at this time.  We don't have full

20   visibility.  Our understanding is it is largely shut down.

21             Just one second.

22             (Conferring)

23             MR. MEAD:  Your Honor, because it is a multi-level

24   marketing scheme, there may be some promoters who are still

25   promoting the cryptocurrency all over the world.  But we're not

N46GdilC

1   aware of much activity going on in the headquarters at this

2   time.

3            THE COURT:  Very well.

4            Ms. Perillo, is there anything you want to put on the

5   record?

6            MS. PERILLO:  No, your Honor, other than we consent to

7   the 90 days.

8            THE COURT:  Ms. Riveera, do you have a date and time?

9            THE DEPUTY CLERK:  July 6 at 10:30 a.m.

10           MR. MEAD:  That's fine with the government.

11           MS. PERILLO:  That's fine, your Honor.

12           THE COURT:  July 6th at 10:30 a.m.

13           Is there anything else we need to do or should do

14   today?

15           Mr. Mead.

16           MR. MEAD:  We ask that the Court exclude time under

17   the Speedy Trial Act between today and July 6th so the

18   government can produce discovery, the defense can review that

19   discovery and the parties can discuss a pretrial resolution.

20           THE COURT:  Any objection?

21           MS. PERILLO:  No objection, your Honor.

22           THE COURT:  I will exclude time between now and

23   July 6th under the Speedy Trial Act.  I find that

24   Ms. Dilkinska's interests in excluding that time outweigh the

25   interests of the public under speedy trial for the reasons set

N46GdilC

1    forth by Mr. Mead.

2              Unless there's anything else, Mr. Mead.

3              MS. PERILLO:  No, your Honor.

4              THE COURT:  Ms. Perillo.

5              MS. PERILLO:  No, your Honor.

6              THE COURT:  We're adjourned.

7              (Adjourned)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25