

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 27, 2023

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Irina Dilkinska*, S14 17 Cr. 630 (ER)

Dear Judge Ramos:

    The Government respectfully submits this letter, on behalf of the parties (and with the consent of defense counsel), to request an adjournment of the pretrial conference that is presently scheduled for Thursday, July 6, 2023, at 10:30 a.m.   The parties have conferred and are available on the following dates:

| | |
|---|---|
| Tuesday, September 19, 2023: | 9:30 a.m. – 5:00 p.m. |
| Thursday, September 21, 2023: | 9:30 a.m. – 12:00 p.m. |
| Tuesday, September 26, 2023: | 9:30 a.m. – 5:00 p.m. |
| Thursday, September 28, 2023: | 9:30 a.m. – 5:00 p.m. |

The Government also requests the exclusion of time through the rescheduled pretrial conference date, so that counsel can review discovery and the parties can engage in discussions regarding a potential pretrial resolution.   Defense counsel consents to this request.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

    By:    s/_____
              Kevin Mead / Juliana Murray /
              Nicholas Folly
              Assistant United States Attorneys
              (212) 637-2211 / 2314 / 1060

cc:    Jeremy Schneider, Esq. (by ECF)