

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 27, 2023

**BY ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Irina Dilkinska*, S14 17 Cr. 630 (ER)

Dear Judge Ramos:

The Government respectfully submits this letter, on behalf of the parties (and with the consent of defense counsel), to request an adjournment of the pretrial conference that is presently scheduled for Thursday, July 6, 2023, at 10:30 a.m. The parties have conferred and are available on the following dates:

| | |
|---|---|
| Tuesday, September 19, 2023: | 9:30 a.m. – 5:00 p.m. |
| Thursday, September 21, 2023: | 9:30 a.m. – 12:00 p.m. |
| Tuesday, September 26, 2023: | 9:30 a.m. – 5:00 p.m. |
| Thursday, September 28, 2023: | 9:30 a.m. – 5:00 p.m. |

The Government also requests the exclusion of time through the rescheduled pretrial conference date, so that counsel can review discovery and the parties can engage in discussions regarding a potential pretrial resolution. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: s/
Kevin Mead / Juliana Murray / Nicholas Folly
Assistant United States Attorneys
(212) 637-2211 / 2314 / 1060

The pretrial conference is adjourned to September 21, 2023 at 10 a.m. Speedy trial time is excluded from July 6, 2023 to September 21, 2023, in the interest of justice.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 6/29/2023
New York, New York

cc: Jeremy Schneider, Esq. (by ECF)