ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  
Jeremy Schneider  
Robert A. Soloway  
David Stern  
_____  
Rachel Perillo

Tel: (212) 571-5500  
Fax: (212) 571-5507

**MEMO ENDORSED**

July 18, 2023

> A hearing will be held on July 20, 2023 at 12 p.m.
> SO ORDERED.
>
> _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J.
> Dated: 7/18/2023
> New York, New York

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Mark Scott, et al.,
               Including IRINA DILKINSKA
               17 Cr. 630 (ER)

Dear Judge Ramos:

      I represent Irina Dilkinska, the defendant in the above-referenced matter, having been appointed on March 21, 2023 pursuant to the Criminal Justice Act. This letter is respectfully submitted to request that your Honor schedule a conference to address an issue concerning the substitution of counsel.

      I met with Ms. Dilkinska earlier today and she expressed interest in asking the Court to appoint her new counsel. It is my understanding that Ms. Dilkinska wrote a letter to the Court expressing the same. While I am not aware if the Court has received such letter yet, we nonetheless wish to appear for a conference as soon as possible so that we may expeditiously resolve this matter. Having conferred with the Court's Deputy, it is my understanding that the Court is available this Thursday, July 20, 2023 at 12:30 p.m. It is therefore respectfully requested that a conference be scheduled on this date and time.

      If the Court has any questions regarding this application, please do not hesitate to contact me.

      The Court's prompt attention to this matter is greatly appreciated.

                                          Respectfully submitted,
                                          /s/
                                          Jeremy Schneider

cc:     AUSA Kevin Mead, AUSA Juliana Murray,
        AUSA Nicholas Folly (By ECF)