UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

IRINA DILKINSKA,

Defendant.

**ORDER**

17 Cr. 630-7 (ER)

---

Ramos, D.J.:

The C.J.A. attorneys assigned to this case, **Jeremy Schneider and Rachel Nicole Perillo,** are hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **John Busa**.

It is SO ORDERED.

Dated: New York, New York
July 20, 2023

Edgardo Ramos, U.S.D.J.