

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 18, 2023

<u>VIA ECF</u>

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Irinia Dilkinska,* S14 17 Cr. 630 (ER)

Dear Judge Ramos:

The parties write to jointly request a 30-day adjournment of the status conference scheduled for September 21, 2023. The defendant consents to an exclusion of time under the Speedy Trial Act, and an exclusion is in the interest of justice to allow the parties to continue discussing a pretrial resolution. 18 U.S.C. § 3161(h).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Nicholas Folly/
Juliana N. Murray/ Kevin Mead
Assistant United States Attorneys
(212) 637-1060/2314/2211

cc:   John Buza (by ECF)

---

The September 21, 2023 status conference is adjourned to October 26, 2023 at 11:30 a.m. Speedy trial time is excluded from September 21, 2023 until October 26, 2023, in the interest of justice.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 9/18/2023
New York, New York