**Konta, Georges, and Buza, P.C.**
233 Broadway, Suite 900
New York, New York 10279
212-710-5166 (tel.)
212-710-5162 (fax)
johnpbuza@aol.com

October 24, 2023

<u>**VIA ECF**</u>
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   **Re:** *United States v. Irina Dilkinska*, **17 CR 630 (ER)**

Dear Judge Ramos:

  I represent Ms. Dilkinska in the above-captioned proceeding. The case is scheduled to be heard on October 26, 2023, at 11:30 A.M. for a status update. I write to respectfully request that the matter be adjourned for thirty days. The parties are nearing a potential resolution in this matter and the government has extended a plea agreement. I believe that an adjournment of thirty days would be sufficient for me to review the parameters of the agreement with Ms. Dilkinska. This is the second adjournment of the status conference. The government does not object.

  Should the Court grant the continuance, I would not object to a finding that the ends of justice would by served and that the taking of the action would outweigh the interests of the public and Ms. Dilkinska in a speedy trial.

                Respectfully Submitted,

                   /s/
                _____
                 John P. Buza

cc.:  AUSA Kevin Mead (via ECF)