UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                   :
UNITED STATES OF AMERICA           :    **Waiver of Indictment**
                                   :
     - v. -                        :
                                   :    S17 17 CR 630 (ER)
IRINA DILKINSKA,                   :
                                   :
               Defendant.          :
                                   :
----------------------------------X

    The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
IRINA DILKINSKA
Defendant

_____
Witness

_____
JOHN P. BUZA
Counsel for Defendant

Dated: New York, New York
       11/9, 2023