UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
UNITED STATES OF AMERICA ,

      - against -                                            **RESCHEDULING NOTICE**

IRINA DILKINSKA ,

                            17 CR 630-7  (ER)

                    Defendant.
---------------------------------------------------------x

      Sentencing, previously scheduled for February 14, 2024, is hereby rescheduled for **March 1, 2024 at 10:00 a.m** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 619.

Dated:  New York, New York
        November 27, 2023

                                                    /s/Jazmin Trotman
                                                    Jazmin Trotman, Courtroom Deputy
                                                    to the Hon. Edgardo Ramos