**Konta, Georges, and Buza, P.C.**
233 Broadway, Suite 900
New York, New York 10279
212-710-5166 (tel.)
212-710-5162 (fax)
johnpbuza@aol.com

February 12, 2024

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

    Re:    *United States v. Irina Dilkinska*, 17 CR 630 (ER)

Dear Judge Ramos:

    I represent Ms. Dilkinska in the above-captioned proceeding. The case is scheduled to be heard on March 1, 2024, at 10:00 A.M. for sentencing. I write to respectfully request that the matter be adjourned for thirty days. I make this request because we are still awaiting the PSR in the matter. My understanding is that the initial disclosure will be sent later today. A thirty-day adjournment will give me enough time to review the PSR, make any relevant objections, and to submit a sentencing memorandum on behalf of Ms. Dilkinska. This is my first request to adjourn sentencing. The government does not object.

                                                                                                   Respectfully Submitted,

                                                                                                                                 /s/

                                                                                                                  _____
                                                                                                                  John P. Buza

cc.:    AUSA Kevin Mead (via ECF)

---

Sentencing is adjourned to April 3, 2024, at 3:30 p.m.
SO ORDERED.

*[signature]*

Edgardo Ramos, U.S.D.J.
Dated: 2/14/2024
New York, New York