# EXHIBIT A

Dear Judge,

I am Vasil Mutafchiev brother of Svetoslav Dilkinski and son of Jurjeta Dilkinska and Ivan Mutafchiev.

I hope this letter finds you in a moment of compassion and understanding. Today, I write to you with a heavy heart, filled with a deep concern for the well-being of a woman who is not only my dear friend but also a devoted mother and a loving wife. I implore you to carefully consider the circumstances surrounding the case of Irina Dilkinska and to see beyond the confines of the courtroom to recognize her innocence.

I have had the privilege of knowing Irina for many years, and I can attest to her unwavering integrity, moral character, and the immense love she possesses for her children and her husband. The accusations that have led to her imprisonment have not only shattered her life but have also inflicted immeasurable pain on her family, who are enduring the absence of their beloved wife and mother every day.

Irina's children, who are innocent and vulnerable, have been robbed of their mother's care and nurturing presence. They are left to grapple with confusion and heartache, longing for their mother's warm embrace, and suffering emotionally as a result of her absence. The impact of this separation on their young minds and hearts cannot be overstated. They deserve to grow up with their mother by their side, providing them with the love and guidance that only a parent can offer.

Equally significant is the devastating toll this situation has taken on Irina's husband, who has been left to shoulder the responsibilities of parenthood alone while carrying the weight of uncertainty and grief. Their bond was built on love, trust, and shared dreams, but now it is strained by the weight of their circumstances. A husband should not have to face the world alone, nor should he have to watch helplessly as his wife endures the pain of being separated from her family.

It is within this context, Your Honor, that I urge you to carefully consider the impact of your decision on the lives of this family. I firmly believe in Irina's innocence and the need for a thorough reevaluation of the evidence presented in her trial. The consequences of a wrongful conviction extend far beyond the individual on trial, forever altering the lives of their loved ones and leaving indelible scars on the fabric of their existence.

I implore you to look beyond the legalities of the case and to recognize the human element. I kindly request that you grant Irina Dilkinska a fair opportunity to prove her innocence, to provide her with the chance to rebuild her life, and to reunite her with her children and husband. They deserve to have their family made whole once more, to experience the joy and warmth of being together, and to heal from the wounds that this separation has caused.

Thank you for your time and consideration. May your decision be guided by wisdom, compassion, and a commitment to justice.