# EXHIBIT B

Your Honor, we are Ivan Vasilev Mutafchiev and wife Jorjeta Mutafchieva. Irina Dilkinska is our daughter-in-law. I Ivan Mutafchiev am 68 years old, a former trainer of hunting shooting of the Bulgarian national team. I Jorjeta Mutafchieva am 70 years old, 40 years I worked as a painter - doll and painted animation in Boyana Cinema Center. Both of us live in Sofia, Bulgaria. We both share the belief about the characteristics of our daughter-in-law Irina Dilkinska. We meet her in 2006, as a future bride of our son - Svetoslav Dilkinski. We know Irina as the most wonderful, gentle, respective and polite person. After she became our daugther-in-law we lived together for a long time. We never had any problems whatsoever. We lived together in full harmony. Irina is like our daughter and she will always stay that way. She is the mother of our grandchildren, two wonderful children - ███████████████. They are well-raised, spiritualized and loving. All our friends know about our great relationship with Irina. She is highly-educated, with two Higher Degrees, excellent professional, responsive and sympathetic person, always ready to help, a caring and loving mother and wife, good daughter with deep respect to her parents.