# EXHIBIT C

CHARACTER OF REFERENCE

2023, May 20th

We are Eleonora and Krum Nanevi. We live in Sofia, Bulgaria. We are married for 13 years now. Parents of two children - a 13-year-old boy and a 7-year-old girl.
We have our own business in wholesale for 15 year now. Our company is  registered in the territory of Bulgaria and is directed in the import and export of fresh fruits, vegetables and spices.
We met Irina Dilkinska 11 years ago when we raised our children together with hers. They are very good friends. Throughout the years, we became family friends and started to spend more time together. We share many interests and outlooks. She is a wonderful mother, wife and friend. With patience and a lot of love, she took care of her family. She is loving and caring, but also strict when it is needed to build up positive habits in her children - strict but fair. She managed to balance out family and work.
We can say about Irina that she is a wonderful, intelligent, honest, fair, devoted to her family person! It was always a pleasure to meet her and spend long time together.

E. & K. Nanevi
Telephone numbers: █████████  █████████