# EXHIBIT K

February 22, 2024

Mr. Stephen Espinet
Correctional Counselor
80 29th Street
Brooklyn, NY 11232
(718) 840-4200

Honorable Judge,

Please be advised that Ms. Dilkinska, Irina has been in the Metropolitan Detention Center for
approximately ten months.   During her time here at MDC Brooklyn she has received no incident
reports.   Ms. Dilkinska completed several education and self-help courses, to include completed
her G.E.D./H.S. diploma prior to incarceration.   The attached documents are a current copy of
her education/self-help transcript.   She is also a laundry orderly for the institution since
January 1, 2024, and her work performance is outstanding with minimal supervision.   She has
shown commitment in utilizing her incarceration for a positive outlook in life.   If you have any
questions, please do not hesitate to contact me.

Sincerely,

Mr. Stephen Espinet,
Correctional Counselor

```
  BROP5              *      INMATE EDUCATION DATA          *      02-22-2024
PAGE 001 OF 001 *                TRANSCRIPT               *       20:05:33


REGISTER NO: 49749-510      NAME..: DILKINSKA                FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: BRO-BROOKLYN MDC

------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
BRO  GED HAS   COMPLETED GED OR HS DIPLOMA   10-19-2023 0903 CURRENT


-------------------------- EDUCATION COURSES --------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
BRO F      MUSIC HISTORY            01-22-2024 CURRENT
BRO F      FOCUS FORWARD            01-22-2024 CURRENT
BRO F      CHESS LEVEL 2            11-20-2023 01-01-2024   P  C  P   14
BRO F      TUTOR TRAINING           10-19-2023 10-19-2023   P  C  P    2
BRO F      RECREATION & LEISURE JOURNAL  05-22-2023 05-26-2023   P  C  P    7
```

```
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
  BROP5  531.01 *              INMATE HISTORY            *    02-22-2024
 ·PAGE 001 OF 001 *             PSYCH TRMT               *    20:07:22


  REG NO..: [49749-510] NAME....: DILKINSKA, IRINA
  CATEGORY: [PTP]      FUNCTION: [DIS]      FORMAT: [          ]


 FCL   ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME
 BRO   RSW COMP   RESOLVE WORKSHOP COMPLETED   06-30-2023 1317 CURRENT
 BRO   RSW PART   RESOLVE WORKSHOP PARTICIPANT 06-14-2023 1507 06-30-2023 1317
 BRO   RSW WAIT   RESOLVE WORKSHOP WAITING     06-13-2023 1331 06-14-2023 1507
```

```
 G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
   BROP5  531.01  *           INMATE HISTORY                      03-25-2024
 PAGE 001 OF 001 *               WASPB               *            20:08:00

   REG NO..: 49749-510 NAME....: DILKINSKA, IRINA
   CATEGORY: WSP      FUNCTION: PRT       FORMAT:

 FCL     ASSIGNMENT  DESCRIPTION              START DATE/TIME STOP  DATE/TIME
 BRO     GR STNW W   GR START NOW WAIT        06-09-2023 1423 CURRENT
 BRO     GR FOND C   GR FOUNDATION COMP       10-31-2023 2359 10-31-2023 1213
 BRO     GR FOND P   GR FOUNDATION PART       10-12-2023 1020 10-31-2023 2359
 BRO     GR COS C    GR CRCLE OF STRNGTH COMP 10-11-2023 0911 10-19-2023 0911
 BRO     GR COS P    GR CRCLE OF STRNGTH PART 06-13-2023 0745 10-11-2023 0911
 BRO     GR FOND W   GR FOUNDATION WAIT       09-26-2023 1213 10-12-2023 1020
 BRO     GR WIWP C   GR WOMN IN WRKPLCE COMP  09-20-2023 1112 09-20-2023 1112
 BRO     GR WIWP P   GR WOMN IN WRKPLCE PART  07-18-2023 1455 09-20-2023 1112
 BRO     GR HME C    GR HLTHIER ME COMP       08-24-2023 1501 08-24-2023 1501
 BRO     GR HME P    GR HLTHIER ME PART       07-28-2023 1501 08-24-2023 1501
 BRO     GR WREL C   GR WOMN RELATIONSHPS COMP 08-24-2023 1110 08-24-2023 1110
 BRO     GR WREL P   GR WOMN RELATIONSHPS PART 08-01-2023 1442 08-24-2023 1110
 BRO     GR WREL W   GR WOMN RELATIONSHPS WAIT 07-20-2023 1104 08-01-2023 1442
 BRO     GR HME W    GR HLTHIER ME WAIT       07-17-2023 0816 07-28-2023 0843
 BRO     GR WIWP W   GR WOMN IN WRKPLCE WAIT  07-06-2023 1123 07-18-2023 1455
 BRO     PAR ONEC    PHASE ONE COMPLETE       07-06-2023 1149 07-06-2023 1149
 BRO     PAR ONEP    PHASE ONE PART           06-16-2023 0941 07-06-2023 1149
 BRO     PAR ONEW    PHASE ONE WAIT           06-09-2023 1433 06-16-2023 0941
 BRO     GR COS W    GR CRCLE OF STRNGTH WAIT 06-09-2023 1449 06-13-2023 0745
 BRO     PAR PIPC    PARTNERS IN PARENTING CMPL 05-25-2023 1230 05-25-2023 1230
 BRO     PAR PIPP    PARTNERS IN PARENTING PART 04-27-2023 0802 05-25-2023 1230
 BRO     PAR PIPW    PARTNERS IN PARENTING WAIT 04-24-2023 1355 04-27-2023 0802




 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

BP-A0324
JUN 10

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name DILKINSKA,IRINA | Register No. 49749-510 | Unit 3NORTH |
|---|---|---|

| Evaluation Period 2/1/2024- 3/6/2024 (PRESENT) | Work Assignment WEST LAUNDRY | |

Bonus Justification
**DEPEDABLE, OFFERS ASSISTANCE TO OTHERS IN NEED WITHOUT BEING ASKED.WORKS WELL WITH EVERYONE.FOLLOWS INSTRUCTIONS WELL.**

Signature and Date of Dept. Head Approval
L.P.                                    MHS            3-6-24

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_✔_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_✔_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
_✔_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_✔_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_✔_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___4. Needs little supervision. Good record of dependability an promptness.
_✔_5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

# Certificate of Completion

**This certifies that**

*Irina Dilkinska*

**Completed the following class:**

# Start Now



**MDC BROOKLYN**

G. Matey, Special Population Coordinator

3/15/2024

DATE

# Certificate of Completion

This certifies that

## Irina Dilkinska

Completed the following class:

# Circle of Strength



**MDC BROOKLYN**

G. Matey, Special Population Coordinator

9/25/2023

DATE



# MDC Brooklyn
# Recreation Department

*This is to Certify that*

**Irina Dilkinska**

*Has Successfully Completed*

**Structured Exercise Program**

*At MDC Brooklyn*

*This certificate is hereby issued this 10th day of August, 2023*

*R. Simon*
_____
*Recreation Specialist*

# Certificate of Completion

This certifies that

## Irina Dilkinska

Completed the following class:

## Women in the 21st Century Workplace



**MDC BROOKLYN**

_G. Matey_

G. Matey, Special Population Coordinator

9/19/2023
DATE

# Certificate of Completion

This certifies that

## Irina Dilkinska

Completed the following class:

# Women's Relationships I



G. Matey, Special Population Coordinator



**MDC BROOKLYN**

8/23/23
DATE

# Certificate of Completion

Presented to

## Irina Dilkinska

Register # 49749-510

This certificate is an acknowledgement of the successful completion of:

Trauma in Life Workshop at

Metropolitan Detention Center, Brooklyn, NY

This certificate is hereby issued on June 30, 2023.

Dr. Rosinski
Staff Psychologist

# Certificate of Completion

**This certifies that**

## *Irina Dilkinska*

**Completed the following class:**

# Healthier Me



G. Matey, Special Population Coordinator



**MDC BROOKLYN**

8/24/23
DATE

# Certificate of Completion

**This certifies that**

## Irina Dilkinska

Completed the following class:

# The National Parenting Program: Phase One



**MDC BROOKLYN**



G. Matey, Special Population Coordinator

7/6/2023
DATE

# Certificate of Completion

This certifies that

## Irina Dilkinska

Completed the following class:

# Foundation



**MDC BROOKLYN**

G. Matey, Special Population Coordinator

11/1/2023

DATE

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## Dilkinska, Irina
### Reg. No. 49749-510

*has satisfactorily completed*

## The My Healthy Relationships Workbook

*and is hereby awarded this certificate, this 20ᵗʰ day of November, 2023.*

Dr. Rosinski
Staff Psychologist

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

This certifies that:

**Dilkinska, Irina**

Reg. No. 49749-510

*has satisfactorily completed*

**The My Healthy Thinking Workbook**

*and is hereby awarded this certificate, this 14th day of December, 2023.*

Dr. Rosinski
Staff Psychologist



**U.S. Department of Justice**
Federal Bureau of Prisons

# Certificate of Completion

We present this Certificate to

*Irina Dilkinska*

TUTOR TRAINING

*Teacher-led LOCAL SENTRY CURRICULUM created by the
Education Department at MDC Brooklyn*

*D Greco*

D Greco - Teacher

**October 19, 2023**



# MDC Brooklyn
# Recreation Department

*This is to Certify that*

## Irina Ditkinska (Instructor)

*Has Successfully Completed*

## Chess Sentry Class

*At MDC Brooklyn*

*This certificate is hereby issued this 18th day of January 2024*

*R. Simon*

*Recreation Specialist*

# Certificate of Completion

**This certifies that**

## Irina Dilkinska

**Completed the following class:**

# Partners in Parenting

A Phase II program of the National Parenting Program



G. Matey, Special Population Coordinator

**MDC BROOKLYN**

5/26/2003
DATE



# MDC Brooklyn Recreation Department

This is to Certify that

## Irina Dilkinska

Has Successfully Completed

### Recreation and Leisure Sentry Class

At MDC Brooklyn

This certificate is hereby issued this 27th day of May 2023

*R. Simon*

Recreation Specialist

```
BROP5   531.01 *              INMATE HISTORY              *       02-14-2024
PAGE 001 OF 001 *               PSYCH TRMT                *       16:52:32


REG NO..: 49749-510 NAME....: DILKINSKA, IRINA
CATEGORY: PTP       FUNCTION: DIS       FORMAT: [          ]


FCL     ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP   DATE/TIME

BRO   RSW COMP   RESOLVE WORKSHOP COMPLETED      06-30-2023 1317 CURRENT

BRO   RSW PART   RESOLVE WORKSHOP PARTICIPANT    06-14-2023 1507 06-30-2023 131;

BRO   RSW WAIT   RESOLVE WORKSHOP WAITING        06-13-2023 1331 06-14-2023 150;
```

G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

```
BROP5                                PEED                        02-14-2024
                            INMATE EDUCATION DATA
PAGE 001 OF 001 *                 TRANSCRIPT              *       16:51:50


REGISTER NO: 49749-510      NAME..: DILKINSKA             FUNC: DIS
FORMAT.....: TRANSCRIPT      RSP OF: BRO-BROOKLYN MDC


-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                     START DATE/TIME STOP DATE/TIME
BRO  GED HAS    COMPLETED GED OR HS DIPLOMA     10-19-2023 0903 CURRENT


---------------------------- EDUCATION COURSES ----------------------------
  SUB-FACL    DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
  BRO F    MUSIC HISTORY                 01-22-2024 CURRENT
  BRO F    FOCUS FORWARD                 01-22-2024 CURRENT
  BRO F    CHESS LEVEL 2                 11-20-2023 01-01-2024   P  C  P     14
  BRO F    TUTOR TRAINING                10-19-2023 10-19-2023   P  C  P      2
  BRO F    RECREATION & LEISURE JOURNAL  05-22-2023 05-26-2023   P  C  P      7




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

    REG NO..: 49749-510 NAME....: DILKINSKA, IRINA
    CATEGORY: WSP          FUNCTION: PRT        FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| BRO | GR STNW W | GR START NOW WAIT | 06-09-2023 1423 | CURRENT |
| BRO | GR FOND C | GR FOUNDATION COMP | 10-31-2023 2359 | 10-31-2023 1213 |
| BRO | GR FOND P | GR FOUNDATION PART | 10-12-2023 1020 | 10-31-2023 2359 |
| BRO | GR COS C | GR CRCLE OF STRNGTH COMP | 10-11-2023 0911 | 10-19-2023 0911 |
| BRO | GR COS P | GR CRCLE OF STRNGTH PART | 06-13-2023 0745 | 10-11-2023 0911 |
| BRO | GR FOND W | GR FOUNDATION WAIT | 09-26-2023 1213 | 10-12-2023 1020 |
| BRO | GR WIWP C | GR WOMN IN WRKPLCE COMP | 09-20-2023 1112 | 09-20-2023 1112 |
| BRO | GR WIWP P | GR WOMN IN WRKPLCE PART | 07-18-2023 1455 | 09-20-2023 1112 |
| BRO | GR HME C | GR HLTHIER ME COMP | 08-24-2023 1501 | 08-24-2023 1501 |
| BRO | GR HME P | GR HLTHIER ME PART | 07-28-2023 0843 | 08-24-2023 1501 |
| BRO | GR WREL C | GR WOMN RELATIONSHPS COMP | 08-24-2023 1110 | 08-24-2023 1110 |
| BRO | GR WREL P | GR WOMN RELATIONSHPS PART | 08-01-2023 1442 | 08-24-2023 1110 |
| BRO | GR WREL W | GR WOMN RELATIONSHPS WAIT | 07-20-2023 1104 | 08-01-2023 1442 |
| BRO | GR HME W | GR HLTHIER ME WAIT | 07-17-2023 0816 | 07-28-2023 0843 |
| BRO | GR WIWP W | GR WOMN IN WRKPLCE WAIT | 07-06-2023 1123 | 07-18-2023 1455 |
| BRO | PAR ONEC | PHASE ONE COMPLETE | 07-06-2023 1149 | 07-06-2023 1149 |
| BRO | PAR ONEP | PHASE ONE PART | 06-16-2023 0941 | 07-06-2023 1149 |
| BRO | PAR ONEW | PHASE ONE WAIT | 06-09-2023 1433 | 06-16-2023 0941 |
| BRO | GR COS W | GR CRCLE OF STRNGTH WAIT | 06-09-2023 1449 | 06-13-2023 0745 |
| BRO | PAR PIPC | PARTNERS IN PARENTING CMPL | 05-25-2023 1230 | 05-25-2023 1230 |
| BRO | PAR PIPP | PARTNERS IN PARENTING PART | 04-27-2023 0802 | 05-25-2023 1230 |
| BRO | PAR PIPW | PARTNERS IN PARENTING WAIT | 04-24-2023 1355 | 04-27-2023 0802 |

G0000      TRANSACTION SUCCESSFULLY COMPLETED