# EXHIBIT L

 

# AFGE Local 2005
## Council of Prison Locals #33, AFL-CIO
100 29th Street 2nd Floor
Brooklyn, New York 11232

---

DATE: September 17th 2022

TO: Richard A. Tietjen, Special Agent Office of Internal Affairs

FROM: Rhonda Barnwell, Local 2005, President

SUBJECT: Hazardous Conditions (MDC Brooklyn)

My name is Rhonda Barnwell, I am the President of Local 2005 AFGE, at MDC Brooklyn.

This email is being sent due to the ongoing events taking place at MDC Brooklyn. I have tried diligently to resolve these issues at the local level and have been unsuccessful every time. An E-mail was sent to the Director of The Federal Bureau of Prisons on 9-9-2022 expressing the below concerns, to which Executive Management has yet to respond.

**"For a multitude of reasons, MDC Brooklyn is and has been severely understaffed. The current turnover rate for incoming/new officers is over 50%, and will continue to decline if the North East Region and or the Director of The Federal Bureau of Prisons continues to turn a blind eye to what is happening at MDC Brooklyn.**

**To date, Executive Management in your respective areas have contributed to the decline of MDC Brooklyn. And your continued disdain for the staff at MDC Brooklyn is placing our staff and inmates at risk. Because of the North East regions refusal to approve TDY staff, and our own shortage of staff; housing units are left vacated (unmanned) at times for an entire shift. On the weekends\holidays the roster will reflect one officer supervising 3 housing units alone, and yet the Agency refuses to provide any tangible relief. This is a safety concern for all staff and inmates, and could potentially result in a loss of life.**

**Forcing employees to work overtime in excess of 32-40 additional hours a week is unfair, and is a safety concern for all to include the communities they drive through every day. If a staff member or inmate loses their life due to the negligence of the Agency, the Agency will be held responsible.**

**In an effort to bargain in good faith, both Management and the Union discussed using TDY staff and paying Non-Bargaining staff overtime wages to assist the Correctional Services Department. To date the region has refused both options.**

**Currently, the agency is allowing over 30 Correctional Officers to attend Annual Refresher Training weekly. How are we conducting ART with this many Officers when our Correctional Roster is already depleted on a daily basis? On 9-09-2022 there were multiple housing units left unsupervised, there were inmates on Suicide Watch, with no Officer assigned, instead West Internal was instructed to make hourly rounds on a SUICIDAL inmate; who actually attempted suicide on 9/08/2022. This is unacceptable, and will bring the Bureau as a whole more unnecessary notoriety."**

Since roughly 6/1/2022 and continuing North East Regional Management and Executive Management at MDC Brooklyn have failed to adequately staff MDC Brooklyn. This has caused employees to work in harsh and hazardous conditions. Executive Management has failed to approve any and all request for staff assist via TDY Staff, yet he Northeast Region approved sending a TDY GS15 Warden and TDY Facilities staff to come to MDC Brooklyn, all while paying for their travel to include per-diem, and daily housing cost. This is a travesty.

On a daily basis housing units are left vacated, and inmates are left to their own devices, which plays a big role in the introduction of contraband. On any given day there are between 25-40 holes in the correctional services roster. Such conditions are abusive and inhumane as inmates often receive meals untimely, have no access to hygiene products and or the ability to shower; and lack access to adequate medical care.

Despite the normal daily holes on the Correctional Services Roster, Management unilaterally decided to send between 20-40 Correctional Officers to Annual Training weekly. Thus, contributing to the already strained correctional services roster. There has been long-term failures from the administration that if not corrected will likely contribute to loss of life for both staff and inmates. Thus far regional management continues to jeopardize the health and safety of staff and inmates; and undermines public safety and inmates' constitutional rights in the State of New York. For many years, the facility has been extremely dangerous and unsecure, and Executive Management in the Northeast Region has lacked regard for human life. There are vast quantities of contraband, including weapons and narcotics and cell phones flowing through the facility, as investigations at the local level are at a stay due to the Region's refusal to assist with providing Special Investigative Agents.

Proper Escort procedures for scheduled and emergency inmate medical trips are ignored and not adhered to. At times inmates are sent on escorted trips with only one staff member, when the policy (Escort Procedures) requires two, doing such, places staff, inmates and the public at risk of immediate serious injury or death. In accordance with Program Statement 5538.07 Escorted Procedures, A minimum of two staff escorts is required for the first inmate, with one additional staff member required for each additional inmate. To date this has been violated.

MDC Brooklyn presents significant security concerns for the Northeast Region. Both national and local policies are being violated on a regular basis and due to the derelict of duties from the Northeast Regional Office, at the local level, management continuously makes egregious decisions that affect the safety and security of the institution.

Be advised that at any point or time, I am willing to testify or provide any pertinent written documentation to prove the evidence of wrongful doing at MDC Brooklyn, by Management.

As the Local we are coming to you for relief, as the agency's refusal to intervene will eventually lead to loss of life.


Respectfully,
Rhonda Barnwell
Local 2005 President
MDC Brooklyn AFGE
917-474-6794 (cell)
718-840-4200 Ext 5229 (Union Office)


Cc: Jerrold Nadler, United States Representative
    Nydia Velazquez, United States Representative
    Brendan Boyle, United States Representative
    Nicole Malliotakis, United States Representative