**Konta, Georges, and Buza, P.C.**
233 Broadway, Suite 900
New York, New York 10279
212-710-5166 (tel.)
212-710-5162 (fax)
johnpbuza@aol.com

July 9, 2024

<u>**VIA ECF**</u>
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Irina Dilkinska,* **17 CR 630 (ER)**

Dear Judge Ramos:

      I represent Ms. Dilkinska in the above-captioned proceeding. Ms. Dilkinska was sentenced on April 3, 2024, to 48 months. As the Court recalls, at Ms. Dilkinska's sentencing, the Government moved to amend the PSR to reflect that Ms. Dilkinska was incarcerated in Bulgaria from June 11, 2021, until July 27, 2021, and from December 1, 2021, until March 20, 2023, at which point she was extradited to the United States. Tr. 3-4. The Final PSR only stated that Ms. Dilkinska was detained since the date of her arrival via extradition. The application was granted at the sentencing. Tr. 4. I spoke to the Department of Probation, and they indicated that they can only amend the PSR if the Court directs them to do so. Accordingly, I write this letter to request an ORDER from the Court directing the Department of Probation to amend the PSR and to add the amount of time Ms. Dilkinska spent incarcerated while awaiting extradition.

                                                                Respectfully Submitted,

                                                                              /s/
                                                       _____
                                                         John P. Buza